# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAZEL FIGUEROA, an individual,<br><br>        Plaintiffs,<br>v.<br><br>CEVA LOGISTICS U.S., INC., a corporate entity unknown; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 5:22-cv-02051-SPG-SP<br>Assigned for all purposes to the<br>Hon. Sherilyn Peace Garnett<br><br>**ORDER GRANTING PARTIES' JOINT STIPLUATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**

1

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Hazel Figueroa's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: August 16, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE